USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/5/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THOMAS GESUALDI, et al.,

                Plaintiffs,

-v-

INTERSTATE FIRE PROTECTION, INC.,

                Defendant.

11 Civ. 7816 (JMF)

<u>ORDER</u>

JESSE M. FURMAN, United States District Judge:

On November 2, 2011, Plaintiffs filed their complaint with the Court. Defendant was served with the complaint on December 13, 2011, and proof of service was filed with the Court on December 19, 2011. On January 24, 2012, the Clerk of Court entered a certificate of default. To date, Defendant has neither answered the complaint, nor otherwise appeared in this action.

On October 22, 2012, Plaintiffs were ordered that any order to show cause for entry of default judgment would be due November 5, 2012. On November 2, 2012, Plaintiffs asked for an extension of one month, citing ongoing settlement discussions with Defendant.

Accordingly, it is hereby ORDERED that any order to show cause for entry of a default judgment is due **DECEMBER 5, 2012**. Any opposition is due **DECEMBER 12, 2012**. The Order to Show Cause is returnable **DECEMBER 19, 2012**, at **3:30 PM** in **Courtroom 6A** of the United States District Court for the Southern District of New York at 500 Pearl Street, New York, NY. Plaintiffs are directed to follow the procedures applicable to default judgments under the Court's Individual Rules and Practices for Civil Cases, available at the Court's website (http://nysd.uscourts.gov/judge/Furman).

No further extensions of these dates will be granted. If Plaintiffs do not file an order to show cause by the deadline, this action will be dismissed for failure to prosecute.

Plaintiff is directed to send a copy of this order by email to counsel for Defendant no later than November 7, 2012.

SO ORDERED.

Dated: November 5, 2012
New York, New York

_____
JESSE M. FURMAN
United States District Judge